Frank Cangemi, Appellant, v. Cuttner Fur Blending Corp., Respondent. — Order reversed, with twenty dollars costs and disbursements and the motion to strike out the second defense granted. (*Campbell* v. *Mandel Auto Parts Corp.*

264 App. Div. 701; *O'Neil* v. *Brooklyn Sav. Bank*, 267 App. Div. 317, affd. 293 N. Y. 666; *Fleming* v. *Post*, 146 F. 2d 441.) █ Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents.